

NUMBER 13-18-00625-CV

# COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

ROBERT RAYBURN CORDER IV,
DONALD MARTIN III AND
KAYLA WOOD,                                                    Appellants,

v.

STEFAN WILLIAMS,                                                  Appellee.

On appeal from County Court at Law No. 5
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Tijerina**
**Memorandum Opinion by Justice Hinojosa**

The appellants' brief in the above cause was due on October 7, 2019. On October 29, 2019, the Clerk of the Court notified appellants that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this

letter, appellants reasonably explained the failure and the appellee was not significantly injured by the appellants' failure to timely file a brief. To date, no response nor brief has been received from appellants.

Appellants have failed to either reasonably explain their failure to file a brief, file a motion for extension of time to file their brief, or file their brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

LETICIA HINOJOSA
Justice

Delivered and filed the
20th day of February, 2020.